IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RICHARD HANSEN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:06cv338** |
| vs. | ) | |
| | ) | **ORDER** |
| **QWEST COMMUNICATIONS, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

Magistrate Judge F. A. Gossett has recused himself from this case.

**IT IS HEREBY ORDERED,**

The Clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 4th day of May 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge