# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RICHARD HANSEN,** | ) | **CASE NO. 8:06CV338** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| **QWEST COMMUNICATIONS, QWEST BUSINESS RESOURCES, and COMMUNICATIONS WORKERS OF AMERICA,** | ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) ) | |

This matter is before the Court on the Plaintiff's unopposed motion for an extension of time to respond to the Defendants' motions to dismiss and/or for summary judgment. Plaintiff, Richard Hansen, represents that the Defendants do not object to his request for more time, but at least one defendant seeks additional time to reply to the Plaintiff's brief in opposition upon its filing. I find that the motion should be granted.

IT IS ORDERED:

1. The Plaintiff's Unopposed Motion for an Extension of Time (Filing No. 30) is granted;

2. Plaintiff shall file his brief in opposition to the Defendants' pending motions to dismiss and/or for summary judgment on or before Monday, September 18, 2006; and

3. The Defendants shall file their briefs in reply to the Plaintiff's opposition on or before Monday, October 2, 2006.

DATED this 11th day of August, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge