IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD HANSEN, | ) | CASE NO. 8:06CV338 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| QWEST COMMUNICATIONS, Corporation, QWEST BUSINESS RESOURCES, Inc., and COMMUNICATIONS WORKERS OF AMERICA, AFL/CIO, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Having reviewed the joint motion,

IT IS ORDERED:

1. The Joint Motion for Extension of Brief Date (Filing No. 81) is granted; and

2. The parties shall file their briefs and evidentiary submissions to the pending motions for summary judgment on or before Monday, November 5, 2007.

DATED this 10th day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge