IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RICHARD HANSEN,** | ) | **CASE NO. 8:06CV338** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **QWEST COMMUNICATIONS CORP., QWEST BUSINESS RESOURCES INC., AND COMMUNICATIONS WORKERS OF AMERICA,** | ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiff's Motion for a New Trial pursuant to Fed. R. Civ. P. 59. Because there has been no trial, the Court deems the motion one for reconsideration of the Memorandum and Order dated December 3, 2007 (Filing No. 93), pursuant to NECivR 60.1. Local Rule 60.1(c) states in part:

> Standard of Review. Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of (1) a showing of manifest error in the prior ruling; or (2) a showing of new facts or legal authority, neither of which could have been brought to the court's attention earlier with reasonable diligence.

The Court concludes there has been no showing of manifest error, and the Plaintiff has failed to present new facts or authority. Accordingly,

IT IS ORDERED:

1. The Motion for New Trial, which the Court has considered as a motion for reconsideration, (Filing No. 95) is denied;

2. The matter is stayed pending the Eighth Circuit Court of Appeal's consideration of the Notice of Appeal or the Plaintiff's withdrawal of the Notice of Appeal.

DATED this 3rd day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge