**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **RICHARD HANSEN,** | ) | |
| | ) | **8:06CV338** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **QWEST COMMUNICATIONS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court following the filing of the mandate of the U.S. Court of Appeals for the Eighth Circuit (Filing No. 105) and a conference call with counsel on February 7, 2008 regarding the status and progression of this matter.

Counsel for Qwest Communications and Qwest Business Resources, Inc. (Qwest) stated Qwest would be dismissing its claims against Communications Workers of America (CWA).[1]  Counsel agreed the only matter left for disposition in this matter is the determination of the damages for the 18 month back-pay period covered by the court's order of December 3, 2007 (Filing No. 93).

Accordingly,

**IT IS ORDERED:**

1. Quest shall file its dismissal of the cross-claim against CWA **on or before February 22, 2008**.

2. The damages trial will commence before Judge Laurie Smith Camp and a jury **on April 16, 2008, at 8:30 a.m.**

3. A final pretrial conference with the undersigned magistrate judge will be held with the undersigned magistrate judge on **March 25, 2008, at 11:00 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The final pretrial conference shall be attended by lead counsel for represented

---

[1] Should Qwest's cross-claim against CWA not have been dismissed prior to the date set forth above in paragraph 1, issues on the cross-claim for determination at trial shall be included in the draft pretrial order and counsel for CWA shall participate in the final pretrial conference.

parties.  In order to conserve time devoted to the conference, counsel are directed to provide to the undersigned magistrate judge at least one working day in advance of the conference, a copy of the final agreed on draft of the proposed final pretrial order.  The copy may be delivered to the undersigned's chambers, e-mailed to the undersigned at thalken@ned.uscourts.gov, faxed to the undersigned's office (402-661-7345), or mailed to the undersigned magistrate judge so as to arrive one working day in advance of the conference.

     4.    **Pretrial Disclosures.**  Pursuant to Fed. R. Civ. P. 26(a)(3), each party shall serve opposing counsel and file a redacted version as applicable with the following information regarding the evidence it may present at trial other than solely for impeachment purposes as soon as practicable **but not later than the date specified**:

        a.    **Witnesses - On or before March 11, 2008:**  The name, address and telephone number[2] of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises.

        b.    **Trial Exhibits - On or before March 11, 2008:**  A list of all exhibits it expects to offer by providing a numbered listing and permitting examination of such exhibits, designating on the list those exhibits it may offer only if the need arises.

**Waiver of Objections**:  Any and all objections to the use of the witnesses, deposition testimony, discovery responses, or exhibits disclosed pursuant to the above subparagraphs, <u>including any objection pursuant to Fed. R. Civ. P. 32(a) that a deponent is available to testify at the trial</u> shall be made a part of the pretrial order.  Failure to list objections (except those under Fed. R. Evid. 402 and 403) is a waiver of such objections, unless excused by the court for good cause shown.

---

[2] In accordance with the E-Government Act, counsel shall, on witness lists, exhibits, and other disclosures and/or documents filed with the court, redact social security numbers, home addresses, phone numbers, and other personally identifying information of witnesses, but shall serve an unredacted version on opposing parties

5.         **Motions in Limine.** Any motions *in limine* shall be filed **on or before March 18, 2008.**

DATED this 7th day of February, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge
