IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD HANSEN, | ) | CASE NO. 8:06CV338 |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | ORDER DISMISSING CROSS-CLAIMS WITHOUT PREJUDICE |
| QWEST COMMUNICATIONS CORPORATION, QWEST BUSINESS RESOURCES, INC., and COMMUNICATIONS WORKERS OF AMERICA AFL/CIO, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Defendants Qwest Communications Corporation and Qwest Business Resources, Inc., and Defendant Communications Workers of America AFL/CIO have filed a Stipulation to Dismissal of Cross-Claims Without Prejudice.  The Court finds that the Stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii).  Accordingly,

IT IS HEREBY ORDERED:

1. The Stipulation of Dismissal of Cross-Claims (Filing No. 108) is approved; and

2. All cross-claims in this action are dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

DATED this 15th day of February, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge