IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RICHARD HANSEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CV338** |
| vs. | ) | |
| | ) | **ORDER** |
| **QWEST COMMUNICATIONS** | ) | |
| **CORPORATION, et al.** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the plaintiff's motion for a continuance of the pretrial conference (Filing No. 119). The motion will be granted.

**IT IS ORDERED:**

1. The plaintiff's motion for a continuance of the pretrial conference (Filing No. 119) is granted.

2. The pretrial conference in this matter is scheduled for **April 3, 2006, at 11:00 a.m.**

**IT IS FURTHER ORDERED** that in order to conserve time devoted to the conference, counsel are directed to provide to the undersigned magistrate judge at least one working day in advance of the conference, a copy of the final agreed on draft of the proposed final pretrial order. The copy may be delivered to the undersigned's chambers, e-mailed to the undersigned at thalken@ned.uscourts.gov, faxed to the undersigned's office (402-661-7345), or mailed to the undersigned magistrate judge so as to arrive one working day in advance of the conference.

DATED this 18th day of March, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge