# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RICHARD HANSEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CV338** |
| v. | ) | |
| | ) | **ORDER** |
| **QWEST COMMUNICATIONS** | ) | |
| **CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Upon notice of settlement given to the magistrate judge on April 3, 2008, by counsel for the parties,

**IT IS ORDERED that:**

1. The plaintiff shall furnish the trial judge with a proposed consent judgment in this matter **on or before April 11, 2008.**

2. The pretrial conference and trial previously scheduled are cancelled upon the representation that this case is settled.

3. All pending motions are denied as moot.

DATED this 3rd day of April, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge